IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE JUSTO ARENAS　　　　　　　　　　　DATE: September 1, 1999
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Civil 97-2835 (HL)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ATTORNEY

ESPERANZA PUNTIEL RODRIGUEZ, et al.

v.

C.M.C. TRANSPORT, INC., et al.

Today's settlement conference is vacated.  Minutes to be notified.