IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE JUSTO ARENAS            DATE: November 18, 1999
Civil 97-2835 (HL)

ATTORNEY

ESPERANZA PUNTIEL RODRÍGUEZ

v.

C.M.C. TRANSPORT, INC., et al.

Because of Hurricane Lenny, the pretrial conference set on November 16, 1999 was not held. It is now reset for November 22, 1999 at 9:30 a.m. Minutes to be notified.





