IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE JUSTO ARENAS          DATE: November 19, 1999
                                Civil 97-2835 (HL)
                                 ATTORNEY

ESPERANZA PUNTIEL RODRÍGUEZ

v.

C.M.C. TRANSPORT, INC., ET AL.

The pretrial conference scheduled for November 22, 1999 is reset to November 23, 1999 at 9:30 a.m. Parties notified by telephone. Minutes to be notified.


