IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESPERANZA PUNTIEL RODRIGUEZ,

Plaintiff

v.                                                        CIVIL 97-2835 (HL)

C.M.C. TRANSPORT, INC., et al.,

Defendants

## PRETRIAL CONFERENCE REPORT

At today's conference, plaintiff was represented by Raúl E. Varandela Velázquez and Pedro Salicrup, Esqs., defendants by Winston Vidal and Hugo Rodríguez Díaz, Esqs.

The trial setting of December 7, 1999 is vacated. The trial is now set for January 25, 2000 at 9:30 a.m. Trial time is estimated at two weeks.

In San Juan, Puerto Rico, this 23rd day of November, 1999.

JUSTO ARENAS
United States Magistrate Judge

