IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE JUSTO ARENAS                          DATE: January 19, 2000
                                                                    CIVIL 97-2835 (HL)
                                                                         ATTORNEY

ESPERANZA PUNTIEL RODRÍGUEZ, ET AL.

v.

C.M.C. TRANSPORT INC., ET AL.

Plaintiffs' counsel informs that the case is settled. The trial setting of January 25 is vacated. The details of the settlement remain pending. Minutes to be notified.


