IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

| HONORABLE JUSTO ARENAS | DATE: February 18, 2000 |
| --- | --- |
| | CIVIL 97-2835 (HL) (JA) |
| | ATTORNEY |

ESPERANZA PUNTIEL RODRIGUEZ,
et al.

v.

C.M.C. TRANSPORT INC., et al.

A some disposition hearing is scheduled for March 7, 2000 at 9:30 a.m.  Minutes to be notified.


