IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESPERANZA PUNTIEL RODRIGUEZ,
et al.,

Plaintiffs

CIVIL 97-2835 (HL) (JA)

v.

C.M.C. TRANSPORT, INC., et al.,

Defendants

## SOME DISPOSITION HEARING REPORT

At today's some disposition hearing held in chambers, plaintiffs were represented by Pedro Salicrup, Esq., defendants by Winston Vidal, Esq.

Parties will shortly file settlement pleadings.

In San Juan, Puerto Rico, this 8th day of March, 2000.

JUSTO ARENAS
United States Magistrate Judge