IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESPERANZA PUNTIEL RODRIGUEZ,
et al.,

Plaintiffs

CIVIL 97-2835 (HL) (JA)

v.

C.M.C. TRANSPORT, INC., et al.,

Defendants

## ORDER

The pretrial in this case is set for May 1, 2000 at 3:00 p.m. The trial is set for May 22, 2000 at 9:30 a.m. Trial time is estimated at five days. Parties are to be prepared for pretrial and trial. These are firm settings.

In San Juan, Puerto Rico, this 24th day of April, 2000.

JUSTO ARENAS
United States Magistrate Judge