IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESPERANZA PUNTIEL RODRIGUEZ,
et al.,

Plaintiffs

CIVIL 97-2835 (HL) (JA)

v.

C.M.C. TRANSPORT, INC., et al.,

Defendants

## ORDER

After hearing the parties, I vacate my order of April 24, 2000. Counsel have twice informed me that the case is settled. Plaintiffs will prepare a form of order with the agreed to terms, notwithstanding the defendants' disagreeing with the terms after agreement had been reached.

In San Juan, Puerto Rico, this 1st day of May, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)