IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ESPERANZA PUNTIEL RODRIGUEZ,
et al.,

Plaintiffs

CIVIL 97-2835 (HL) (JA)

v.

C.M.C. TRANSPORT, INC., et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
| --- | --- | --- |
| Informative Motion and Request for Hearing, 05-08-00. | 36 | A hearing to approve the settlement in relation to the minor plaintiffs is set for May 30, 2000 at 9:00 a.m. The Solicitor for Minors is to be notified. |
| Motion Submitting Sealed Document and Request for Hearing, 05-11-00. | 37 | Granted. |
| Sealed Document, 05-11-00. | 38 | Judgment will enter after the May 30 hearing. |

In San Juan, Puerto Rico, this 16th day of May, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev. 8/82)