IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET 5/31/00 PURSUANT TO FRCP RULES 58 & 79a

Esperanza Puntiel-Rodríguez, et al

Plaintiffs

v.                                              CIVIL 97-2835 (HL-JA)

C. M. C. Transport Inc., et al

Defendants

## JUDGMENT

The Court, through the Honorable Magistrate Judge Justo Arenas, has entered an order on May 30, 2000, granting the "Release and Settlement Agreement" filed by the parties on May 30, 2000. WHEREFORE, it is

**ORDERED AND ADJUDGED** that said agreement be, and is hereby binding between the parties, FURTHER, IT IS

**ORDERED AND ADJUDGED** that said agreement be, and is hereby made part of this judgment as though set forth in extenso.

FURTHER it is **ORDERED AND ADJUDGED** that this complaint be, and is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of May, 2000.

FRANCES RIOS DE MORAN
Clerk of the Court

Deputy Clerk

